UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

### SENTENCING MINUTES

Case No.:   1:06:CR:94-01
Date:       December 27, 2007
Time:       10:00 AM - 12:40 PM; 1:30 - 4:20 PM; 5:20 - 7:10 PM
Judge:      Hon. Gordon J. Quist

## *UNITED STATES OF AMERICA v. ROBERT W. STOKES, D.O.*

Appearances:

Government:  Raymond E. Beckering, III and Ronald M. Stella
Defendant:   Mark J. Kriger and N.C. Deday Laurene   ■ Retained   ☐ Appointed

**CONVICTION:**   ■ Superseding Indictment - JURY TRIAL

**SENTENCE:**

| | | |
|---|---|---|
| | IMPRISONMENT: | 126 mos. consisting of 120 mos. on Cts. 1-9, 11-18, 26-37 to be served concurrently & 6 mos. on Cts. 20 & 21, to be served concurrently to each other but consecutively to all other counts |
| | SUPERVISED RELEASE: | 3 yrs. on Cts. 1-9, 11-18, 20, 21, & 26-37 to run concurrently |
| | PROBATION: | |
| | RESTITUTION: | |
| | FINE: | $175,000 |
| | SPECIAL ASSESSMENT: | $3,100 |

Govt's Motion to Dismiss all remaining counts and charges:   ■ Granted   ☐ Denied
Govt's Motion Granted?   ☐ YES   ■ NO       Defendant's Motion Granted?   ■ YES   ☐ NO
Appeal Forms given to counsel & defendant?       ■ YES   ☐ NO
☐ Remand   ■ Self Surrender

Witnesses Sworn and Testified:     For Government:     Prof. Dennis Gilliland
                                                        Dr. Dobbie
                                                        Ann Portner
                                                        Jaime Droog
                                                        Soraida Edwards
                                                        Anne Gulch
                                                        Melissa Poliuto
                                                        Dr. Edward Yob
                                   For Defendant:       Prof. Ed Rothman

Victims Robert May and Greg Anderson addressed the Court.

Reporter/Recorder: K. Anderson                          Courtroom Clerk: J. Tepper