UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

          Plaintiff,

                                    Case No. 1:06CR94-01
-vs-                                 Honorable Gordon Quist

ROBERT W. STOKES, D.O.,

          Defendant.
_____/

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, Robert W. Stokes, D.O., by and through his attorneys, LaRene & Kriger, PLC, hereby Appeals to the United States Court of Appeals for the 6th Circuit from the Judgement in a Criminal Case filed on January 2, 2008 pursuant to the sentence imposed on December 27, 2007 by the Honorable Gordon Quist.

                                                          Respectfully submitted,

                                                          LaRene & Kriger, P.L.C.
                                                          645 Griswold Street, Suite 1717
                                                          Detroit, Michigan 48226
                                                          (313) 967-0100

                                                          Mark J. Kriger
                                                          mkriger@sbcglobal.net
                                                          Attorney Bar No.  30298

                                                          N.C. Deday LaRene
                                                          d6644@deday.net
                                                          Attorney Bar No.  16420

Dated:  January 4, 2008